# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1919

_____

Sherman Raines,      *
     *
     Appellant,      *
     *
     *   Appeal from the United States
     v.      *   District Court for the
     *   Eastern District of Missouri.
John E. Potter, Postmaster General,      *
U.S. Postal Service,      *   [UNPUBLISHED]
     *
     Appellee.      *

_____

Submitted: January 31, 2007
Filed: February 7, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Sherman Raines appeals the district court's[1] dismissal with prejudice of his employment-discrimination action. We conclude that the district court acted within its discretion in dismissing the action after Raines disobeyed two court orders which warned him not to add claims against the United States Attorney's Office. See Good Stewardship Christian Ctr. v. Empire Bank, 341 F.3d 794, 797 (8th Cir. 2003) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.